**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREW EHRENFELD, | No. C-13-05075 DMR |
| Plaintiff(s), | **ORDER** |
| v. | |
| K12 SERVICES INC, | |
| Defendant(s). | |

Pursuant to the parties' stipulation to stay the instant action during the pendency of binding contractual arbitration, IT IS HEREBY ORDERED THAT:

1. This action is STAYED.

2. The Clerk shall ADMINISTRATIVELY CLOSE the file.

3. The parties are instructed to submit a status report to the Court every four months, apprising the Court of the status of the arbitration.

4. Upon final resolution of the arbitration, the parties shall jointly submit to the Court within two (2) weeks, a status letter that includes any case management requests.

This order terminates Docket Nos. 11, 12, and 13.

IT IS SO ORDERED.

Dated: December 26, 2013

DONNA M. RYU
United States Magistrate Judge