UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREW EHRENFELD,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>K12 SERVICES, INC.,<br><br>　　　　　Defendant. | Case No.  13-cv-05075-DMR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE JOINT STATUS LETTER** |

On December 26, 2013, pursuant to the parties' stipulation, the court issued an order staying the case during the pendency of binding contractual arbitration. [Docket No. 14.] The court ordered the parties to submit a joint status including any case management requests, within two weeks of the final resolution of the arbitration.

On September 25, 2015, the arbitrator rendered his award in this matter. [Docket No. 15.] Pursuant to the court's order, the parties were required to file a joint status letter by October 9, 2015, but have not done so.  Instead, Plaintiff filed a motion to lift the stay, to which Defendant responded.  The parties are hereby ordered to show cause regarding their failure to file the joint status letter.

Each party shall file a written response to the Order to Show Cause by October 26, 2015. The parties shall also file their joint status letter by October 26, 2015.

**IT IS SO ORDERED.**

Dated: October 21, 2015

_____

Donna M. Ryu
United States Magistrate Judge