UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREW EHRENFELD,<br><br>Plaintiff,<br><br>v.<br><br>K12 SERVICES, INC.,<br><br>Defendant. | Case No. 13-cv-05075-DMR<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO LIFT STAY AS MOOT**<br><br>Re: Dkt. No. 15 |

On December 26, 2013, pursuant to the parties' stipulation, the court issued an order staying the case during the pendency of binding contractual arbitration. The court ordered the parties to submit a joint status report, including any case management requests, within two weeks of the final resolution of the arbitration. [Docket No. 14.] On September 28, 2015, Plaintiff filed a motion for an order to lift the stay. [Docket No. 15.] The court ordered the parties to file a joint status report regarding the arbitration, in conformance with its earlier order. [Docket No. 18.]

While the parties could not agree on a description of the status of the arbitration proceedings, and did not file a joint status report as ordered, (see Docket Nos. 20 and 21), both sides do seem to agree that the arbitration has not reached a final resolution. Therefore, Plaintiff's motion to lift the stay is DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 28, 2015

Donna M. Ryu
United States Magistrate Judge