UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREW EHRENFELD,<br><br>    Plaintiff,<br><br>    v.<br><br>K12 SERVICES, INC.,<br><br>    Defendant. | Case No. 13-cv-05075-DMR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 18, 19, 23 |

Counsel for David Andrew Ehrenfeld and K12 Services, Inc. have responded to the court's Order to Show Cause. *See* Docket Nos. 19, 23. The Order to Show Cause is therefore **discharged.**

**IT IS SO ORDERED.**

Dated: November 24, 2015

_____

Donna M. Ryu
United States Magistrate Judge