# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DAVID ANDREW EHRENFELD,

Plaintiff,

v.

K12 SERVICES, INC.,

Defendant.

Case No. 13-cv-05075-DMR

**JUDGMENT**

On January 30, 2017, the court granted Defendant's motion to confirm the arbitration award. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 1, 2017



Donna M. Ryu
United States Magistrate Judge